# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LISA JACKSON ) | **Case No.: CV 09-07824-DMG(PJWx)** |
| ) | |
| Plaintiff, ) | **ORDER OF JUDGMENT [JS-6]** |
| ) | |
| vs. ) | |
| ) | |
| ALLIED INTERSTATE, INC. ) | |
| ) | |
| Defendant. ) | |

Pursuant to the terms of the Offer of Judgment accepted by Plaintiff, it is hereby ordered that judgment be entered in favor of Plaintiff, LISA JACKSON, and against Defendant, ALLIED INTERSTATE, INC., in the sum of $2,750.00 of which $400.00 represents damages to Plaintiff, $2,000.00 represents Plaintiff's incurred attorneys' fees, and $350 represents Plaintiff's costs of filing the complaint.

**IT IS SO ORDERED.**

Date: July 21, 2010

_____
Hon. Dolly M. Gee
United States District Judge

Cc:Fiscal

- 1 -

ORDER OF JUDGMENT